UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROBERT WILLIAM SHEPPARD
ROBERT SHEPPARD

          Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

vs.

ROBERT WILLIAM SHEPPARD
ROBERT SHEPPARD

CASE NO: 5-25-01209-MJC

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 11, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c),due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

          Respectfully submitted,

          /s/ Agatha R. McHale, Esquire
          ID: 47613
          Attorney for Trustee
          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          Suite A, 8125 Adams Drive
          Hummelstown, PA 17036
          Phone: (717) 566-6097
          email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROBERT WILLIAM SHEPPARD
ROBERT SHEPPARD

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant
vs.
ROBERT WILLIAM SHEPPARD
ROBERT SHEPPARD

        Respondent(s)

CHAPTER 13

CASE NO: 5-25-01209-MJC

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA 18701

Date: August 7, 2025
Time: 10:00 AM

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 720.80**
   **AMOUNT DUE FOR THIS MONTH: $360.40**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1081.20**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail mail to:**
    **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: July 11, 2025

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROBERT WILLIAM SHEPPARD
ROBERT SHEPPARD

                          Debtor(s)

                          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                         Movant
vs.
ROBERT WILLIAM SHEPPARD        CASE NO: 5-25-01209-MJC
ROBERT SHEPPARD

                      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 11, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

TIMOTHY B. FISHER, II, ESQUIRE
P.O. BOX 396
GOULDSBORO PA 18424-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

Served by First Class Mail

ROBERT WILLIAM SHEPPARD
1712 Rolling Hills Drive
Tobyhanna PA 18466

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 11, 2025                /s/ Tammy Life
                                      Office of the Standing Chapter 13 Trustee
                                      Jack N. Zaharopoulos
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA 17036
                                      Phone: (717) 566-6097
                                      email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT WILLIAM SHEPPARD
AKA: ROBERT SHEPPARD

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-25-01209-MJC

vs.
ROBERT WILLIAM SHEPPARD
AKA: ROBERT SHEPPARD

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.