**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| | | |
|---|---|---|
| In re | **Robert William Sheppard** | Case No. **5:25-bk-01209** |
| | Debtor(s) | Chapter **13** |

### CERTIFICATE OF SERVICE

I hereby certify that on **September 24, 2025**, a copy of **Order Confirming Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED**
**EXHIBIT "A"**

**/s/ Timothy B. Fisher II**
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax: 570-842-8979**
**donna.kau@pocono-lawyers.com**

Label Matrix for local noticing
0314-5
Case 5:25-bk-01209-MJC
Middle District of Pennsylvania
Wilkes-Barre
Wed Sep 24 12:53:22 EDT 2025

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

KML Law Group
701 Market Street Ste 5000
Philadelphia, PA 19106-1541

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

Pennymac Loan Service LLC
3043 Townsgate Road
Suite 200
Westlake Village, CA 91361-3027

(p)SELF INC
901 E 6TH STREET SUITE 400
AUSTIN TX 78702-3241

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

VERIZON WIRELESS
PO BOX 650051
Dallas, TX 75265-0051

Westlake Financial Services
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010-3847

Westlake Financial Svcs
4751 Wilshire Blvd
Ste 100
Los Angeles, CA 90010-3847

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Robert William Sheppard
1712 Rolling Hills Drive
Tobyhanna, PA 18466-3659

Timothy B. Fisher II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424-8838

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SELF/SOUTH STATE BANK
515 CONGRESS AVE
Austin, TX 78701

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

(u)Westlake Financial Services

End of Label Matrix
Mailable recipients    12
Bypassed recipients     2
Total                  14

Exhibit "A"