In re:                                                                                    Case No. 25-01209-MJC

Robert William Sheppard                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Gregory W. Sheppard, 1712 Rolling Hills Drive, Tobyhanna, PA 18466-3659 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Westlake Financial Services ANHSOrlans@InfoEx.com |
| J Eric Kishbaugh | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Robert William Sheppard donna.kau@pocono-lawyers.com |

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert William Sheppard aka Robert Sheppard | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| PENNYMAC LOAN SERVICES, LLC | |
| <u>Moving Party</u> | NO. 25-01209 MJC |
| vs. | |
| Robert William Sheppard aka Robert Sheppard | |
| <u>Debtor</u> | |
| Gregory W. Sheppard | |
| <u>Co-Debtor</u> | 11 U.S.C. Sections 362 and 1301 |
| Jack N. Zaharopoulos | |
| <u>Trustee</u> | |

## <u>ORDER</u>

Upon consideration of the Stipulation filed at Doc. 41 in the above-captioned case

("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED** as to the signatories of the Stipulation.

As the Co-Debtor has not executed the Stipulation, no relief is entered as to the Co-Debtor.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 29, 2025