**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   ROBERT WILLIAM SHEPPARD
ROBERT SHEPPARD

                    Debtor(s)

                                       CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant
vs.
ROBERT WILLIAM SHEPPARD           CASE NO: 5-25-01209-MJC
ROBERT SHEPPARD

                    Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on November 12, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    November 12, 2025                Respectfully submitted,

                                    /s/   Agatha R. McHale, Esquire
                                    ID:  47613
                                    Attorney for Trustee
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                    Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    ROBERT WILLIAM SHEPPARD
          ROBERT SHEPPARD

                         Debtor(s)
                                        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant
vs.
ROBERT WILLIAM SHEPPARD          CASE NO: 5-25-01209-MJC
ROBERT SHEPPARD

                      Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

Date:      January 8, 2026
Time:     10:00 AM
           U.S. Bankruptcy Court
           Max Rosenn U.S. Courthouse
           197 S. Main Street
           Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 809.23**
      **AMOUNT DUE FOR THIS MONTH:  $403.41**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $1212.64**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.


Dated:    November 12, 2025

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  ROBERT WILLIAM SHEPPARD
        ROBERT SHEPPARD


                    Debtor(s)
                                            CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                            Movant
        vs.
        ROBERT WILLIAM SHEPPARD              CASE NO: 5-25-01209-MJC
        ROBERT SHEPPARD


                    Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

  Served Electronically

  TIMOTHY B. FISHER, II, ESQUIRE
  P.O. BOX 396
  GOULDSBORO PA  18424-

  UNITED STATES TRUSTEE
  1501 NORTH 6TH STREET
  PO BOX 302
  HARRISBURG PA  17102

  SERVED BY FIRST CLASS MAIL

  ROBERT WILLIAM SHEPPARD
  1712 Rolling Hills Drive
  Tobyhanna  PA  18466

I certify under penalty of perjury that the foregoing is true and correct.

  Date:  November 12, 2025                    /s/  Ashley Schott
                                             Office of the Standing Chapter 13 Trustee
                                             Jack N. Zaharopoulos
                                             Suite A, 8125 Adams Dr.
                                             Hummelstown, PA  17036
                                             Phone:  (717) 566-6097
                                             email: info@pamd13trustee.com

IN RE:    ROBERT WILLIAM SHEPPARD
           AKA: ROBERT SHEPPARD

                                       CHAPTER 13

            Debtor(s)

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                Movant                        CASE NO: 5-25-01209-MJC

            vs.

            ROBERT WILLIAM SHEPPARD
            AKA: ROBERT SHEPPARD

## ORDER DISMSSING CASE

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.