United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                               Case No. 25-01209-MJC
Robert William Sheppard                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                 Page 1 of 2
Date Rcvd: Jan 23, 2026                       Form ID: ordsmiss                              Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Sheppard, 1712 Rolling Hills Drive, Tobyhanna, PA 18466-3659 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5708462 | ^ | MEBN | Jan 23 2026 18:38:05 | KML Law Group, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| 5724829 | + | Email/PDF: ebnotices@pnmac.com | Jan 23 2026 18:50:39 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5708463 | + | Email/PDF: ebnotices@pnmac.com | Jan 23 2026 18:50:32 | Pennymac Loan Service LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 5708464 | | Email/Text: bankruptcy@self.inc | Jan 23 2026 18:41:00 | SELF/SOUTH STATE BANK, 515 CONGRESS AVE, Austin, TX 78701 |
| 5708465 | + | EDI: VERIZONCOMB.COM | Jan 23 2026 23:41:00 | VERIZON WIRELESS, PO BOX 650051, Dallas, TX 75265-0051 |
| 5724858 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 23 2026 18:41:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 5708466 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 23 2026 18:41:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Westlake Financial Services ANHSOrlans@InfoEx.com |
| J Eric Kishbaugh | on behalf of Creditor PENNYMAC LOAN SERVICES LLC jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Robert William Sheppard donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert William Sheppard, aka Robert Sheppard, | Chapter 13 |
| **Debtor 1** | Case No. 5:25−bk−01209−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 23, 2026

ordsmiss (05/18)